# United States Bankruptcy Court
## Central District Of California

**255 East Temple Street, Los Angeles, CA 90012**

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Ana Line Rubio Alvarado

**BANKRUPTCY NO.**  2:10–bk–34613–AA

**CHAPTER**  13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**  xxx–xx–9734
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 8/30/10

**Address:**
434 E. 43rd St Apt A
Los Angeles, CA 90011

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed; and

(2)   the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

BY THE COURT,

Dated: August 30, 2010

**Kathleen J. Campbell**
Clerk of Court

(Form od13a VAN–150) Rev. 03/09

**9 / NV**